1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JAMES DAILEY,                          Case No. EDCV 14-00313 AG (SS)

12                  Petitioner,

13        v.                                **JUDGMENT**

14   STU SHERMAN, Acting Warden,

15                  Respondent.

16

17

18        Pursuant to the Court's Order Accepting Findings, Conclusions

19   and Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is

22   dismissed without prejudice.

23

24   DATED: October 31, 2014

25

26                                        _____
                                          ANDREW J. GUILFORD
27                                        UNITED STATES DISTRICT JUDGE

28